UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY SHELTON GRAVES,
    Plaintiff,

vs.                                                       Case No.: 3:20cv5919/MCR/EMT

A. MOLINA
and S. SIMPSON,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). At that time, Plaintiff was an inmate of the Northwest Florida Reception Center (*see id.*). On November 3, 2021, the court entered an order directing Plaintiff to file a sixth amended civil rights complaint within thirty days (ECF No. 31). The undersigned notified Plaintiff that his failure to comply with an order of the court would result in a recommendation of dismissal of this case (*see id.* at 3).

Plaintiff did not file an amended complaint by the deadline; therefore, on December 14, 2021, the court issued an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 32). The court again notified Plaintiff that

his failure to comply with the order would result in a recommendation of dismissal of this case (*id.*).  The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.[1]

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 14<u>th</u> day of March 2022.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] The show cause order was returned on January 7, 2022, indicating Plaintiff was no longer in custody (*see* ECF No. 33).  The court resent the order to the release address indicated on the returned envelope (*see id.*).  The resent order was again returned as undeliverable on February 1, 2022; therefore, the court resent it to Plaintiff's release address listed on the FDOC's inmate locator (*see* ECF No. 34).  That order has not been returned by the U.S. Postal Service.

Case No.: 3:20cv5919/MCR/EMT